IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH BUCKLEW,<br>  Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:18-CV-2117-N (BH) |
| OFFICER MATT ST. CLAIR, et al.,<br>  Defendants. | § § § | Pretrial Management |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Officer Matt St. Clair, Officer M. Clark, and City of Garland's Motion to Rescind Court's Prior Order Granting Plaintiff's Pauper Status and to Dismiss and Brief in Support*, filed September 10, 2018 (doc. 14), is **GRANTED.** By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

SIGNED this 24th day of May, 2019.

_____
**UNITED STATES DISTRICT JUDGE**