**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SARAH BUCKLEW,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:18-CV-2117-N (BH)** |
| | § | |
| **OFFICER MATT ST. CLAIR, et al.,** | § | |
| **Defendants.** | § | **Pretrial Management** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Ex Parte Motion for Temporary Restraining Order,* filed February 20, 2019 (doc. 30), is **DENIED**.

**SIGNED this 24th day of May, 2019.**

_____
**UNITED STATES DISTRICT JUDGE**