IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH BUCKLEW, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:18-CV-2117-N (BH) | |
| § | | |
| OFFICER MATT ST. CLAIR, et al., § | | |
| Defendants. § | Pretrial Management | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant City's Motion for Sanctions and Brief in Support Against Pro Se Plaintiff*, filed February 26, 2019 (doc. 31), and *Plaintiff's Motion for Sanctions Against City of Garland*, filed March 14, 2019 (doc. 33), are **DENIED**.

SIGNED this 28th day of June, 2019.

_____
**UNITED STATES DISTRICT JUDGE**